# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAPLH S. JEREMIAS, )<br>  )<br>    Plaintiff, )<br>  )<br>vs. )<br>  )<br>JOHN DONAHUE, )<br>  )<br>    Defendants. )<br>_____/ | 2:12-cv-01266-MMD-RJJ<br><br>**ORDER** |

    Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*.

    Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is incomplete. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. The financial certificate submitted by plaintiff is incomplete. Both an executed financial certificate and an inmate account statement are required.

    Plaintiff will be granted the opportunity to do one of the following: (1) pay the full filing fee of $350.00, or (2) file a fully completed application to proceed *in forma pauperis*.

    **IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis*


1  (ECF No. 1) is **DENIED**, without prejudice to his filing a new, fully completed application.

2      **IT IS FURTHER ORDERED** that plaintiff shall, within **thirty (30) days** from the date of
3  entry of this order, do one of the following: (1) pay the full filing fee of $350.00, or (2) file a fully
4  completed application to proceed *in forma pauperis,* on the correct form, including a financial
5  certificate signed by an authorized prison or jail officer and a statement of his inmate trust fund
6  account for the six months prior to the filing of his application.

7      **IT IS FURTHER ORDERED** that if plaintiff does not timely comply with this order,
8  dismissal of this action may result.

9      **IT IS FURTHER ORDERED** that the clerk shall **SEND** plaintiff the approved form for an
10 application to proceed *in forma pauperis* and instructions for the same.

11     **IT IS FURTHER ORDERED** that the clerk shall retain the civil rights complaint, but shall
12 not file it at this time.

13     Dated this 24th day of October, 2012.

15     _____
       UNITED STATES MAGISTRATE JUDGE