UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RALPH S. JEREMIAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DONAHUE, et al.,<br><br>　　　　　Defendants. | Case No. 2:12-cv-01266-MMD-RJJ<br><br>ORDER |

Ralph S. Jeremias, an individual who is incarcerated in the Clark County Detention Center, submitted a *pro se* Civil Rights Complaint (dkt no. 1-1), along with an incomplete application to proceed *in forma pauperis.* As directed, the Clerk of Court sent plaintiff a copy of the proper form and instructions which would allow him to file a completed form and would allow the Court to properly evaluate his financial status.

On November 14, 2012, plaintiff filed a second application to proceed *in forma pauperis* which was not on the approved form and did not include the required financial certificate. *See* LSR 1-2. Based on plaintiff's apparent unwillingness to comply with the orders of this Court, the matter shall be dismissed without prejudice. LR IA 4-1(d).

Accordingly, this action is DISMISSED, without prejudice. The Clerk shall enter judgment accordingly.

DATED THIS 20th day of December 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE