1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RALPH S. JEREMIAS,                          Case No. 2:12-cv-01266-MMD-RJJ

                          Plaintiff,                    ORDER

        v.

JOHN DONAHUE, et al.,

                          Defendants.

        Ralph S. Jeremias, an individual who is incarcerated in the Clark County Detention Center, submitted a *pro se* Civil Rights Complaint (dkt no. 1-1), along with an incomplete application to proceed *in forma pauperis.*  As directed, the Clerk of Court sent plaintiff a copy of the proper form and instructions which would allow him to file a completed form and would allow the Court to properly evaluate his financial status.

        On November 14, 2012, plaintiff filed a second application to proceed *in forma pauperis* which was not on the approved form and did not include the required financial certificate.  *See* LSR 1-2.  Based on plaintiff's apparent unwillingness to comply with the orders of this Court, the matter shall be dismissed without prejudice.  LR IA 4-1(d).

        Accordingly, this action is DISMISSED, without prejudice.  The Clerk shall enter judgment accordingly.

        DATED THIS 20th day of December 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE